# CRIMINAL COMPLAINT

| | District |
|---|---|
| **UNITED STATES DISTRICT COURT** | **ARIZONA** |

| UNITED STATES OF AMERICA<br>V.<br>**Santiago LOPEZ-Hernandez**<br>Year of Birth: **1980**<br>Country of Citizenship: **Mexico**<br>A095 746 189<br>Case Control # **PTCA120200543** | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br><br>**12-10122 M-** |
|---|---|

Complaint for violation of Title **8** United States Code § **1326 (b)(1); 1325(a)(1)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>United States Magistrate Judge | LOCATION<br>Tucson, Arizona |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**February 03, 2012** | PLACE OF OFFENSE<br>At or near<br>**Nogales, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Mexico, Mexico** |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1: On or about February 6, 2012, at or near Amado, Arizona, in the District of Arizona, Santiago LOPEZ-Hernandez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on January 19, 2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b) (1).

COUNT 2: That on or about February 3, 2012, at or near Nogales, Arizona, in the District of Arizona, Santiago LOPEZ-Hernandez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:
Santiago LOPEZ-Hernandez is a citizen of Mexico. On January 19, 2012, Santiago LOPEZ-Hernandez was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On February 6, 2012, agents found Santiago LOPEZ-Hernandez in the United States at or near Amado, Arizona. Santiago LOPEZ-Hernandez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.
Santiago LOPEZ-Hernandez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Santiago LOPEZ-Hernandez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on February 3, 2012, at or near Nogales, Arizona.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE
Border Patrol Agents(s) **SWANSON, Scott, MORALES, Ruben**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA LMG2 | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE (1)<br>*Jacqueline Marshall* | DATE<br>**February 09, 2012** |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)